IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH RODGERS,<br><br>    Defendant. | Case No. 3:20-CR-30096-NJR |

## ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is an unopposed Motion for Early Termination of Supervised Release filed by Defendant Joseph Rodgers. (Doc. 192)..

Neither the Government nor U.S. Probation oppose Rodgers's request for an early discharge from supervised release. (*Id.*). Rodgers has served more than one year of supervision before applying for early termination and, according to his unopposed motion, his performance while on supervised release has been "satisfactory." (*Id.*).

Under 18 U.S.C. § 3583(e)(1), "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

The Court has considered Rodgers's motion and the 18 U.S.C. § 3553(a) factors and

finds that Rodgers's conduct and the interest of justice warrant the early termination of his supervised release. Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Joseph Rodgers (Doc. 192) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED:  January 16, 2025

_Nancy J. Rosenstengel_
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**